IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERISE SHADE VILLAMOR, | ) | 1:12-CV-0644 AWI MJS |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF |
| v. | ) | TO FILE A COMPLAINT |
| | ) | |
| COUNTY OF MADERA, et al., | ) | ORDER DIRECTING THE CLERK |
| | ) | OF THE COURT TO RETURN |
| Defendants | ) | EVIDENCE TO PLAINTIFF |
| | ) | |
| _____ | ) | |

On April 24, 2012, Plaintiff filed a one page complaint in this court. Attached to the complaint are numerous exhibits, including original documents, photographs, and a flash drive. The complaint is entitled "A Righteous Case". The complaint alleges Plaintiff wants to know the truth of what happened to family member William Shade. The complaint requests "permission to phone records to whom was involved the day of the incident and whomever was spoken to by William Shade in the month of June, 2010." The complaint states the action is being filed because of "Police Misconduct" and "Violation of Civil Rights". The complaint concludes:

> Unfortunately with all the information and evidence that has been discovered within the last two years we have had enough of the run around and are forced to about this issue another way. We are only fighting for the truth and we believe as a family Madera County is fighting to hide the truth of what happened on June 19th 2010

A review of the complaint indicates that Plaintiff either failed to file all pages of the complaint or misunderstands that an action begins with the filing of a complaint containing allegations and not the submission of evidence. Among other requirements, a complaint must allege what law or constitutional provision Defendants violated and facts showing how each Defendant's conduct contributed to the violation.

Plaintiff is also informed that the court cannot serve as a repository for Plaintiff's evidence. Plaintiff may not file evidence with the court until the course of litigation brings the evidence into question. As such, the court is ordering the Clerk of the Court to return the exhibits provided by Plaintiff.

Accordingly, the court ORDERS that:

1. Plaintiff is DIRECTED to file a complaint within thirty days of this order's date of service;
2. The Clerk of the Court is DIRECTED to send Plaintiff a copy of the court's guide to filing a civil action for pro se litigants; and
3. The Clerk fo the Court is DIRECTED to return the exhibits, currently lodged with the court, to Plaintiff.

IT IS SO ORDERED.

Dated:   May 1, 2012

CHIEF UNITED STATES DISTRICT JUDGE