**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERISE SHADE VILLAMOR,<br><br>  Plaintiff,<br><br>  v.<br><br>MADERA COUNTY SHERIFF DEPARTMENT; ROY BROOMFIELD; DIRK KINKLE; BILL WARD; FRANK BERNARD; KRISTINA HAWK; J. BERNARDI; BETTY BARKER; and JOHN P. ANDERSON,<br><br>  Defendants. | 1:12-cv-00644-AWI-MJS<br><br>ORDER VACATING HEARING DATE OF JULY 23, 2012 AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. 26) |

Defendants Madera County Sheriff Department et al. have filed a motion to dismiss the complaint or for a more definite statement pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(e). The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of July 23, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 13, 2012                                                    _____
                                                                              CHIEF UNITED STATES DISTRICT JUDGE