# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERISE SHADE VILLAMOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MADERA COUNTY SHERIFF ) <br> DEPARTMENT; ROY BROOMFIELD; ) <br> DIRK KINKLE; BILL WARD; FRANK ) <br> BERNARD; KRISTINA HAWK; J. ) <br> BERNARDI; BETTY BARKER; ) <br> and JOHN P. ANDERSON, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:12-cv-00644-AWI-MJS <br><br> ORDER VACATING HEARING DATE OF OCTOBER 1, 2012 AND TAKING MATTER UNDER SUBMISSION <br><br> (Doc. 33) |

    Defendants Madera County Sheriff Department et al. have filed a motion to dismiss the first amended complaint of plaintiff Sherise Shade Villamor or for a more definite statement in the alternative pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(e). The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g).

    Accordingly, IT IS HEREBY ORDERED that the hearing date of October 1, 2012 is VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:    September 26, 2012                      _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE