1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10

| | | |
|---|---|---|
| SHERISE SHADE VILLAMOR, | ) | 1:12-cv-00644-AWI-MJS |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| | ) | DATE AND TAKING MATTER |
| v. | ) | UNDER SUBMISSION |
| | ) | |
| MADERA COUNTY SHERIFF | ) | (Doc. 41) |
| DEPARTMENT; ROY BROOMFIELD; | ) | |
| DIRK KINKLE; BILL WARD; FRANK | ) | |
| BERNARD; KRISTINA HAWK; J. | ) | |
| BERNARDI; BETTY BARKER; | ) | |
| and JOHN P. ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

11

12

13

14

15

16

17

18

19

Defendants Madera County Sheriff Department et al. have filed a motion to dismiss the second

20

amended complaint of plaintiff Sherise Shade Villamor pursuant to Federal Rule of Civil Procedure

21

12(b)(6). The Court, having reviewed the pleadings of record and all competent and admissible

22

evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule

23

230(g). The hearing date of December 17, 2012 is hereby VACATED and the parties shall not

24

appear. The Court will take the matter under submission and thereafter issue its decision.

25

IT IS SO ORDERED.

26

27

Dated:    December 12, 2012

                                                                    
UNITED STATES DISTRICT JUDGE

28